| | |
|---|---|
| 1  RACHAEL AGUIRRE (SBN No. 227470)<br>    COUNSEL<br>2  SCREEN ACTORS GUILD-<br>    AMERICAN FEDERATION OF<br>3  TELEVISION AND RADIO ARTISTS<br>    5757 Wilshire Blvd., 7th Floor<br>4  Los Angeles, CA 90036-3600<br>    Telephone: (323) 549-6628<br>5  Facsimile: (323) 549-6624<br>    raguirre@sag.org<br>6<br>   Attorney for Petitioner<br>7  Screen Actors Guild, -<br>    American Federation of Television<br>8  and Radio Artists | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-<br>AMERICAN FEDERATION OF<br>TELEVISION AND RADIO<br>ARTISTS, a non-profit corporation, as<br>successor-in-interest to SCREEN<br>ACTORS GUILD, INC. on behalf of<br>Affected Performers,<br><br>           Petitioner,<br><br>v.<br><br>DOGWALKER PRODUCTIONS,<br>LLC AND FILMMAKERS<br>ALLIANCE,<br><br>           Respondents. | Case No.  CV12-07075 ABC (FMOx)<br><br>**[PROPOSED] JUDGMENT**<br><br><br>Date:<br>Time:<br>Place:<br>Judge: |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild-American Federation of Television and Radio Artists (SAG-AFTRA) came before the Court.  Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any

hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. (now SAG-AFTRA) and against Respondents Dogwalker Productions, LLC and Filmmakers Alliance, SAG-AFTRA Case No. TM 6428, dated August 16, 2008, is confirmed in all respects.

2. DOGWALKER PRODUCTIONS, LLC AND FILLMAKERS ALLIANCE, jointly and severally, are ordered to pay as follows:

> 1. "Producer is also ordered to make salary upgrade payments as follows:
>    Salary: $48,832.25
>    P&H: $6,421.44
>    LPLD: $44,660.00
> 2. Pursuant to the provisions of the Security Agreement, SAG-AFTRA is granted an assignment of Producer's accounts receivable from the distribution, exhibition, exploitation or other use of the Picture anywhere in the world until the amounts due are paid in full.
> 3. SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.
> 4. The parties are to split the $800 fee of the Arbitrator."

Dated: October 1, 2012

*Audrey B. Collins*

_____
Judge of the United States District Court

[PROPOSED] JUDGMENT